[No. 58074-4-I. Division One. June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RICHARD COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07722-7, Andrea A. Darvis, J., entered March 24, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 58099-0-I. Division One. June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM ELAINE LAGERWEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-01634-3, Ira Uhrig, J., entered February 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 58124-4-I. Division One. June 18, 2007.]

RALPH CUTTER, *Appellant*, v. THE ESTATE OF ROSALIE ANN DEVEREAUX, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-13619-7, Linda C. Krese, J., entered February 13 and March 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58149-0-I. Division One. June 18, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JOY CADERO, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12535-5, Laura Gene Middaugh, J., entered April 6, 2006. *Affirmed* by unpublished per curiam opinion.